IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SYLVIA C. MILLS,

    Plaintiff,

vs.                                    CASE NO. 5:09cv362/RS-EMT

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 30). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's Second Amended Petition For Attorney's Fee Under The Equal Access To Justice Act (Doc. 28) is granted. Plaintiff's counsel, Heather Freeman, is entitled to recover fees in the amount of $4,129.24 for representing Plaintiff before the U.S. District Court for the Northern District of Florida pursuant to 28 U.S.C. §2412 (EAJA). The amount of attorney's fees and hourly rates awarded under the EAJA are reasonable, and the Commissioner is directed to pay counsel that amount. The filing fee cost in the amount of $350.00 is also awarded, to be paid from the Judgment

Fund of the United States Treasury.

**ORDERED** on January 6, 2011.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**
